1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    AARON D. FARINELLI,                        No.  2:20-cv-001207 CKD (SS)

12              Plaintiff,

13         v.                                     ORDER AND FINDINGS AND
                                                  RECOMMENDATIONS
14    COMMISSIONER OF SOCIAL
      SECURITY,
15
                Defendant.
16

17

18         Plaintiff, proceeding pro se, initiated this Social Security action in June 2020.  It was

19    administratively stayed between July 2020 and March 2022.  On March 17, 2022, an order lifting

20    the stay was served on plaintiff's address of record and returned by the postal service.  It appears

21    that plaintiff has failed to comply with Local Rule 182(f), which requires that a party appearing in

22    propria persona inform the court of any address change.

23         Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall assign a district

24    judge to this action.

25         IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice for

26    plaintiff's failure to keep the court apprised of his current address.  See Local Rules 182(f) and

27    110.

28         These findings and recommendations are submitted to the United States District Judge

                                                1

1  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

2  after being served with these findings and recommendations, plaintiff may file written objections

3  with the court.  The document should be captioned "Objections to Magistrate Judge's Findings

4  and Recommendations."  Plaintiff is advised that failure to file objections within the specified

5  time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153

6  (9th Cir. 1991).

7  Dated:  June 16, 2022

8  _____
   CAROLYN K. DELANEY
9  UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14  2/farinelli1207.f&rs_address

15

16

17

18

19

20

21

22

23

24

25

26

27

28