UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON D. FARINELLI,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | No.  2:20-cv-001207 KJM CKD (SS)<br><br><br>ORDER |

Plaintiff is proceeding in this action pro se.  The matter was referred to a United States Magistrate Judge as provided by Local Rule 302(c).  On June 16, 2022, the magistrate judge filed findings and recommendations which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has not timely filed objections, nor has he kept the court apprised of his current address; as a result, attempted service of the June 16, 2022 findings and recommendations was ineffective.

The court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . .").  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued June 16, 2022 are adopted in full;

2. This action is dismissed without prejudice; and

3. The Clerk of Court is directed to close this case.

DATED: July 28, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE